TIME OF YOUR LIFE, INC. v. CENTRAL VERMONT PUBLIC SERVICE CORPORATION and New England Telephone and Telegraph Company, No. 80-76

May 7, 1976. The provisions of V.R.C.P. 54(b) not having been complied with, and the provisions of V.R.A.P. 5 not having been invoked, the motion to dismiss is granted.

FEDERATION OF FACULTY AT VERMONT STATE COLLEGES, AFT, Local 3180, AFL–CIO and Federation of Vermont State College Educational Service Employees, AFT, Local 3102, AFL–CIO v. VERMONT STATE COLLEGES, No. 251-74

May 19, 1976. Appeal dismissed for failure to comply with progress order of April 6, 1976.

AMERICAN FEDERATION OF TEACHERS v. VERMONT STATE COLLEGES, No. 252-74

May 19, 1976. Appeal dismissed for failure to comply with progress order of April 6, 1976.

ANJA ENGINEERING CORPORATION v. JATO MANUFACTURING, INC., No. 160-75

May 19, 1976. Appeal dismissed for failure to comply with progress order of April 6, 1976.

LITTLE, BROWN & COMPANY, INC. v. ROYALTON COLLEGE COOP, No. 324-75

May 19, 1976. Appeal dismissed for failure to comply with progress order of April 6, 1976.

Ramona S. CARTER v. Richard B. CARTER, No. 27-76

May 19, 1976. Appellee's motion to remand this cause to the Windham Superior Court pending appeal is granted, and the same is remanded to that court for the sole purpose of hearing and determining his petition to modify the judgment order, with direction to advance said cause upon the docket and to report to this Court its action upon said petition.

STATE of Vermont v. Richard SMITH a/k/a Kevin West, No. 89-76

May 19, 1976. Appellant being presently in execution under conviction and sentence for prior offenses, in custody of the Commissioner of Corrections, his motion that he be incarcerated only within the State of Vermont pending his present appeal is denied for lack of jurisdiction. 28 V.S.A. § 706(a).